IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Case No. CR-19-172-C |
| ALDO IVAN SALAS-OCON, ) | |
| *AKA BARNAL DE JESUS BERNAL-ESTRADA*, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is defendant's *Unopposed Second Motion to Continue Jury Trial and Request for Extension of Time Within Which to File Preliminary Trial Documents (Doc. 112),* filed July 23, 2021. Having reviewed the motion and considered its premises, the Court finds upon consideration of the factors set forth in 18 U.S.C. §3161(h)(7)(A) and (B), that a continuance is necessary to provide a reasonable time for effective investigation and trial preparation, taking into account the exercise of due diligence. The Court expressly finds that the ends of justice served by continuing this case to the September 2021 trial docket outweigh the interests of the defendants and the public in a speedy trial. *See* 18 U.S.C. §3161(h)(7)(A). Thus, the period of delay caused by granting the Motion shall be excluded for purposes of the Speedy Trial Act.

Accordingly, the Court hereby GRANTS defendant's *Unopposed Second Motion to Continue Jury Trial and Request for Extension of Time Within Which to*

*File Preliminary Trial Documents (Doc. 112)*;   STRIKES this case from the Court's August 2021 trial docket; and RESETS this case on the Court's September 2021 jury trial docket.   Further, the Court GRANTS defendant's request for an extension of time for filing requested jury instructions, motions in limine, notices, and requested voir dire to September 1, 2021, as to all parties.

    IT IS SO ORDERED this 26th day of July, 2021.

                                          *[Signature]*
                                      ROBIN J. CAUTHRON
                                      United States District Judge